# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: State of Indiana, et al. vs. FCC, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2983 **for the following party(s):** (please specify)

State of Idaho

[ ] Appellant(s)  [✔] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sean M. Corkery   s/: Sean M. Corkery

Firm Name: Office of the Idaho Attorney General

Business Address: P.O. Box 83720

City/State/Zip: Boise, ID 83720

Telephone Number (Area Code): 208-947-8775

Email Address: jack.corkery@ag.idaho.gov

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 10/03/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: