UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Indiana, et al. vs. FCC, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2983 **for the following party(s): (please specify)**

State of South Dakota

☐ Appellant(s)  ✔ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Ryan W. McFall    s/: Ryan W. McFall

Firm Name: Office of the South Dakota Attorney General

Business Address: 2000 East 52nd Street North

City/State/Zip: Sioux Falls, SD 57104

Telephone Number (Area Code): (605) 367-5880

Email Address: ryan.mcfall@state.sd.us

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 10/16/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

✔ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Merrick B. Garland, Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Constitution Avenue, N.W.
Washington, DC 20530-0000