# CERTIFICATE OF FILING AND SERVICE

I, Matthew J. Dunne, hereby certify that on October 15, 2024, I filed the foregoing Respondents' Response to Court's Order of October 8, 2024 with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Matthew J. Dunne

Matthew J. Dunne
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740